Law Offices of Michael Flynn, PC
1205 Franklin Ave., Suite 370
Garden City, NY 11530
Attorneys for Plaintiff

**RECEIVED**
**JAN 1 5 2010**
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
DAVID LOBYCZ,

               Plaintiff,               09 Civ. 5610 (WJM)(MF)

   -against-                               STIPULATION
                                           AMENDING COMPLAINT

NEW JERSEY TRANSIT RAIL OPERATIONS,
INC., ELIZABETH SACCONE, ELISA
SACCONE and "JANE DOE 1-100"

               Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for defendant New Jersey Transit Rail Operations, Inc. and the plaintiff, that the plaintiff be permitted to file and serve an Amended Complaint to allege a Fourth Cause of Action against DAPCO TECHNOLOGIES, LLC and Fifth Cause of Action against DAPCO INDUSTRIES, INC. for injuries he sustained on September 23, 2008.

DATED: January 13, 2010
          NASSAU, NEW YORK

| | |
|---|---|
| Law Offices of Michael Flynn PC | Mautone & Horan, PA |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1205 Franklin Avenue | 500 Prospect Avenue |
| Garden City, NY 11530 | West Orange, NJ 07052 |
| (516) 877-1234 | (973) 736-7755 |
| By: _____ | By: _____ w/ consent |
| Marc T. Wietzke | James Horan    of J. Horan |